UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| TARREE DEAN,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. C21-5494-SKV<br><br><br>[PROPOSED] ORDER |

    Based on the stipulation of the parties, it is ORDERED that the Commissioner's final decision dated March 12, 2021, in regard to Plaintiff's application for disability insurance benefits under Title II of the Social Security Act be REMANDED to the Commissioner of Social Security for a new hearing and decision by a different administrative law judge (ALJ) than the one who issued the March 12, 2021, decision.

    On remand, the new ALJ will: offer the claimant a de novo hearing and issue a new decision limited to the period prior to August 11, 2018. The ALJ will proceed through the sequential evaluation, including reevaluating the medical opinions and reassessing Plaintiff's symptoms and residual functional capacity, and obtaining vocational expert testimony as necessary.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation to this Court, Plaintiff will be entitled to reasonable attorney fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this 8th day of December, 2021.

_____
S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

s/ Jacob Phillips
JACOB PHILLIPS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2274
Fax: (206) 615-2531
jacob.phillips@ssa.gov